# UNITED STATES DISTRICT COURT
## for the
### Western District of Missouri

| | | |
|---|---|---|
| In the Matter of the Seizure of | ) | |
| *(Briefly describe the property to be seized)* | ) | |
| 1952 Topps Jackie Robinson baseball card | ) | Case No.    22-SW-2098DPR |
| | ) | |
| | ) | |

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the ___Western___ District of ___Missouri___ is subject to forfeiture to the United States of America under ___18___ U.S.C. § ___981 and 982___ *(describe the property)*:

1952 Topps Jackie Robinson baseball card (as described in Attachment A).

The application is based on these facts:

See attached affidavit by Karl Bolte, Special Agent, Internal Revenue Service - Criminal Investigation

☑ Continued on the attached sheet.

*Karl Bolte*
_____
*Applicant's signature*

Karl Bolte, Special Agent, Internal Revenue Service-CI
_____
*Printed name and title*

Sworn to before me via telephone and signature affirmed via telephone.

Date:    9/1/22
_____
*Judge's signature*

David P. Rush, Chief United States Magistrate Judge
_____
*Printed name and title*

City and state:  Springfield, Missouri